IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 3:25cr61-DCB-LGI

JONATHAN LEVUN RANDOLPH GIBSON

## **ORDER**

Before the Court is the motion of the United States to set this matter for trial on the May 4, 2026 term of court calendar. The Court has been advised that the motion is unopposed by defendant. The Court finds the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that this matter shall be placed on the May 4, 2026, term of court trial calendar.

SO ORDERED, this the  14th , day of April, 2026.

s/David Bramlette
UNITED STATES DISTRICT JUDGE